# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MCDONALDS INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00204-NODJ-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF No. 4)<br><br>**DEADLINE: THIRTY DAYS** |

　　　　Candace Smith, proceeding *pro se*, filed a complaint in this action on February 15, 2024. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) On February 15, 2024, Plaintiff filed an incomplete application to proceed *in forma pauperis* wherein she stated she was currently employed but failed to state her take-home salary or wages. (Id.) The Court denied Plaintiff's application without prejudice and ordered her to either file a completed application or pay the filing fee. (ECF No. 3.)

　　　　On February 23, 2024, Plaintiff filed a second application to proceed *in forma pauperis* where she stated she is not employed due to a car accident as of February 7, 2024. (ECF No. 4.) However, Plaintiff also responded "no" to question number 3(a) requesting information

1

regarding whether she has received income from a business, profession, or other self-employment in the past twelve months. (Id.) The Court construes Plaintiff's second application to state that she was employed until February 7, 2024; however, Plaintiff also states she has not received income in the past twelve months. The Court is unaware if Plaintiff's response to question three was made in error. The Court therefore cannot determine from the information provided in both short form applications if Plaintiff is entitled to proceed in this action without prepayment of fees.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

3. **Within thirty (30) days** of issuance of this order, Plaintiff shall either (1) pay the filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **February 26, 2024**

UNITED STATES MAGISTRATE JUDGE